```
                          United States Bankruptcy Court
                           Northern District of Alabama
In re:                                                             Case No. 12-00400-TBB
Janice Ruth Washington                                             Chapter 7
       Debtor
                              CERTIFICATE OF NOTICE
District/off: 1126-2          User: jpannell              Page 1 of 2           Date Rcvd: Sep 12, 2013
                              Form ID: pdf001             Total Noticed: 64


Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Sep 14, 2013.
db          +Janice Ruth Washington,    1028 17th Way S.W.,    Birmingham, AL 35211-3375
7280704      Alagasco/Energen,    P. O. Box 12945,    Birmingham, AL 35202-2945
7280705     +Apria Healthcare,    100 Oxmoor Road,    #104,    Birmingham, AL 35209-5962
7280707     +Baptist Medical Center - Princeton,    701 Princeton Ave., SW,    Birmingham, AL 35211-1318
7280708     +Birmingham Water Works,    P.O. 830269,    Birmingham, AL 35283-0269
7280709     +Central Financial Control,    P.O. Box 66044,    Anaheim, CA 92816-6044
7280713     +Equifax Credit Information,    Services, Inc,    P. O. Box 740241,    Atlanta, GA 30374-0241
7280714     +Experian,    P. O. Box 2002,    Allen, TX 75013-2002
7280697     +First Educator Credit Union,    1810 Merchant Drive,    Birmingham, AL 35244-1005
7306957     +First Educators Credit Union,    P O Box 36489,    Birmingham, AL 35236-6489
7280742     +GC Services L.P.,    P.O.Box 27323,    Knoxville, TN 37927-7323
7280722     +Global Connection Home Phone,    P.O. Box 48269,    Atlanta, GA 30362-1269
7280746     +Grand Canyon Univeristy,    1200 Grandview Avenue,    Des Moines, IA 50316-1529
7280723     +Great Lakes Higher Education,    2401 International Lane,    Madison, WI 53704-3192
7383362     +J.T. Smallwood, Tax Collector,    716 Richard Arrington Jr. Blvd. N.,    Room 160 Courthouse,
              Birmingham, AL 35203-0112
7280727      Jefferson Clinic, PC,    P. O. Box 55845,    Birmingham, AL 35255-5845
7280728      Jefferson County District,    506 Court House Annes,    Bessemer, AL 35020
7280748      Jefferson County Revenue,    P.O. Box 830710,    Birmingham, AL 35283-0710
7280701     +Jefferson County Tax Collector,    Bessemer Division,    1801 Third Ave., No., Ste. 201,
              Bessemer, AL 35020-4909
7280729     +Junterrica Dennis,    1028 17th Way S.W.,    Birmingham, AL 35211-3375
7280730     +Mikeeba Hightower,    1214 Savannah Lane,    Calera, AL 35040-5411
7280731      National Credit Systems,    P.O. Box 312125,    Atlanta, GA 31131-2125
7280749      Oxmoor Ridge Apartments,    403 Edgewood Crest Drive,    Birmingham, AL 35209
7280751     +Sirote and Permutt,    2311 Highland Avenue,    P.O. Box 55727,    Birmingham, AL 35255-5727
7280734     +The Anderson Law Firm,    7515 Halcyon Pointe Drive,    Montgomery, AL 36117-8054
7280735     +TransUnion,    P. O. Box 2000,    Chester, PA 19016-2000
7280752     +U. S. Attorney,    1801 Fourth Avenue, North,    Birmingham, AL 35203-2101
7280736      U.S. Department of Education,    National Payment Center,    P.O.Box 105028,
              Atlanta, GA 30348-5028
7495584     +US Department of Education,    PO BOX 65128,    St Paul MN 55165-0128
7280699      United Consumer Financial Services,    865 Bassett Road,    Westlake, OH 44145-1194
7280738     +William and Fudge Inc,    300 Chatham Avenue STE 201,    Rock Hill, SC 29730-5395

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
smg         +E-mail/Text: bnc_notices_southern@alnba.uscourts.gov Sep 13 2013 03:25:21     Thomas Corbett,
              BA Birmingham,    1800 5th Avenue North,    Birmingham, AL 35203-2111
cr           EDI: AIS.COM Sep 13 2013 01:33:00      Midland Funding LLC by American InfoSource LP as a,
              PO Box 4457,    Houston, TX 77210-4457
cr           EDI: RECOVERYCORP.COM Sep 13 2013 01:33:00      Recovery Management Systems Corporation,
              GE Capital Retail Bank,    Attn: Ramesh Singh,    25 SE 2nd Avenue, Suite 1120,
              Miami, FL 33131-1605
7280706     +EDI: ATTWIREBK.COM Sep 13 2013 01:23:00      AT and T,    P.O. Box 5093,
              Carol Stream, IL 60197-5093
7280703     +E-mail/Text: G2APCBANK@southernco.com Sep 13 2013 03:19:10      Alabama Power,    P. O. Box 12465,
              Birmingham, AL 35202-2465
7411936      EDI: AIS.COM Sep 13 2013 01:33:00      American InfoSource LP as agent for,    Apria Healthcare,
              PO Box 248838,    Oklahoma City, OK 73124-8838
7402858     +E-mail/Text: lboyles@nadler-law.com Sep 13 2013 03:19:57      Baptist Medical Center,
              c/o Nadler & Associates, P. C.,    2871 Acton Road, Suite 101 A,    Birmingham, AL 35243-2560
7280739     +EDI: TENET.COM Sep 13 2013 01:33:00      Brookwood Medical Center,
              2010 Brookwood Medical Center Drive,    Birmingham, AL 35209-6875
7280711      EDI: CITICORP.COM Sep 13 2013 01:23:00      Citibank,    P.O. Box 20487,
              Kansas City, MO 64195-0407
7280710     +EDI: CHASE.COM Sep 13 2013 01:33:00      Chase Bank One Card Services,    P.O. Box 15298,
              Wilmington, DE 19850-5298
7280740     +EDI: CHASE.COM Sep 13 2013 01:33:00      Chase Bank USA, NA,    800 Brooksedge Blvd.,
              Westerville, OH 43081-2822
7280712      EDI: ESSL.COM Sep 13 2013 01:33:00      Dish Network,    P. O. Box 105169,    Atlanta, GA 30348-5169
7350989      EDI: RECOVERYCORP.COM Sep 13 2013 01:33:00      GE Capital Retail Bank,
              c/o Recovery Management Systems Corp,    25 SE 2nd Ave Suite 1120,    Miami FL 33131-1605
7280743     +EDI: RMSC.COM Sep 13 2013 01:23:00      GE Captial,    TJ MAX,    P.O. Box 960061,
              Orlando, FL 32896-0061
7280717     +EDI: RMSC.COM Sep 13 2013 01:23:00      GE Money Bank/Belk,    P. O. Box 981491,
              El Paso, TX 79998-1491
7280744     +EDI: RMSC.COM Sep 13 2013 01:23:00      GE Money Bank/Belk,    P.O. Box 965028,
              Orlando, FL 32896-5028
7280718     +EDI: RMSC.COM Sep 13 2013 01:23:00      GE/JCPenney,    P.O. Box 965007,    Orlando, FL 32896-5007
7280745     +EDI: RMSC.COM Sep 13 2013 01:23:00      GECRB/Sam,    P.O. Box 965005,    Orlando, FL 32896-5005
7280720     +EDI: RMSC.COM Sep 13 2013 01:23:00      GECRB/Sams Club,    P. O. Box 981400,
              El Paso, TX 79998-1400
7280721     +EDI: RMSC.COM Sep 13 2013 01:23:00      GEMB,    Attn: Bankruptcy Dept.,    P. O. Box 103104,
              Roswell, GA 30076-9104
```

```
District/off: 1126-2          User: jpannell              Page 2 of 2              Date Rcvd: Sep 12, 2013
                              Form ID: pdf001             Total Noticed: 64
```

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center (continued)
```
7280724      +EDI: HFC.COM Sep 13 2013 01:23:00      HSBC Bank,    P. O. Box 5253,    Carol Stream, IL 60197-5253
7280747      +EDI: HFC.COM Sep 13 2013 01:23:00      HSBC Bank,    P. O. Box 81622,    Salinas, CA 93912-1622
7280700       EDI: IRS.COM Sep 13 2013 01:23:00      Internal Revenue Service,
               Centralized Insolvency Operations,    P.O. Box 7346,    Philadelphia, PA 19101-7346
7689998       EDI: AIS.COM Sep 13 2013 01:33:00      Midland Funding LLC,    by American InfoSource LP as agent,
               PO Box 4457,    Houston, TX 77210-4457
7280732      +Fax: 407-737-5634 Sep 13 2013 03:31:37      Ocwen Loan Servicing, LLC,    Attn: Bankruptcy Dept.,
               1661 Worthington Rd., Ste. 100,    West Palm Beach, FL 33409-6493
7368855       EDI: PRA.COM Sep 13 2013 01:23:00      Portfolio Recovery Associates, LLC,    PO Box 41067,
               Norfolk VA 23541
7672352       EDI: RECOVERYCORP.COM Sep 13 2013 01:33:00      Portfolio Investments II LLC,
               c/o Recovery Management Systems Corporat,    25 SE 2nd Avenue Suite 1120,    Miami, FL 33131-1605
7672353       EDI: RECOVERYCORP.COM Sep 13 2013 01:33:00      Recovery Management Systems Corporation,
               25 S.E. 2nd Avenue, Suite 1120,    Miami, FL 33131-1605
7280733      +EDI: SEARS.COM Sep 13 2013 01:23:00      Sears/CitiBank,    P. O. Box 6241,
               Sioux Falls, SD 57117-6241
7280750       EDI: SEARS.COM Sep 13 2013 01:23:00      Sears/Citibank SD, NA,    8725 W. Sahara Avenue,
               MC 02/02/03,    The Lakes, NV 89163-0001
7280702      +EDI: ALDEPREV.COM Sep 13 2013 01:33:00      State of Alabama,    Legal Division Dept. of Revenue,
               P.O. Box 320001,    Montgomery, AL 36132-0001
7280753      +EDI: WFNNB.COM Sep 13 2013 01:23:00      WFNNB/Goodys,    P.O. Box 182789,
               Columbus, OH 43218-2789
7280737      +EDI: WFNNB.COM Sep 13 2013 01:23:00      WFNNB/Goodys,    Bankruptcy Department,    P.O. Box 182125,
               Columbus, OH 43218-2125
                                                                                               TOTAL: 33

          ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
7280741*    ++CITIBANK,    PO BOX 790034,    ST LOUIS MO 63179-0034
              (address filed with court: CitiBank,      P. O. Box 20487,    Kansas City, MO 64195-0407)
7280698*     +First Educator Credit Union,    1810 Merchant Drive,    Birmingham, AL 35244-1005
7280715*     +First Educator Credit Union,    1810 Merchant Drive,    Birmingham, AL 35244-1005
7280716*     +First Educator Credit Union,    1810 Merchant Drive,    Birmingham, AL 35244-1005
7280719*     +GE/JCPenney,    P.O. Box 965007,    Orlando, FL 32896-5007
7280725*     +HSBC Bank,    P. O. Box 5253,    Carol Stream, IL 60197-5253
7280726*     +HSBC Bank,    P. O. Box 5253,    Carol Stream, IL 60197-5253
                                                                                     TOTALS: 0, * 7, ## 0
```

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Addresses marked '++' were redirected to the recipient's preferred mailing address
pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.PR.2002(g)(4).

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 9): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Sep 14, 2013                                    Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

```
The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on September 12, 2013 at the address(es) listed below:
              S Scott Allums    on behalf of Debtor Janice Ruth Washington SSALLUMS@YAHOO.COM,
               Allums.ecfmail@gmail.com
              Thomas E Reynolds    ter@hsy.com, treynolds@ecf.epiqsystems.com;dnm@hsy.com
                                                                                             TOTAL: 2
```

UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF ALABAMA
SOUTHERN DIVISION

| | |
|---|---|
| In the Matter of: ) | |
| ) | |
| Janice Ruth Washington ) | Case No. 12-00400-TBB-7 |
| SSN: XXX-XX-8662 ) | |
| ) | |
| ) | |

**ORDER DISMISSING PETITION**

The Court, having considered the dismissal of the above styled Chapter 7 petition for failure of the debtor to comply with notice of deficient filing dated 8/29/13, finds that this case should be dismissed.

It is therefore, ORDERED, ADJUDGED, AND DECREED, that the Chapter 7 petition filed by the above named debtor on 01/31/12, is dismissed for failure to comply with notice of deficient filing dated 08/29/13.

Dated: September 12, 2013

/s/ Thomas B. Bennett
THOMAS B. BENNETT
United States Bankruptcy Judge

/jlp